UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-273 |
| | ) | |
| AMERIS BANK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Originally filed in the Superior Court of Chatham County, this case was removed to this court pursuant to 28 U.S.C. § 1441. Doc. 1. To remove a case from state court, a defendant must file a "notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Defendant's notice of removal was not accompanied by the record of the state court proceedings. Doc. 1. The Court may "may require the removing party to file with its clerk copies of all records and proceedings in [the] State court." 28 U.S.C. § 1447(b). This may be done even after the period for removal has expired,

as the time period is non-jurisdictional in nature. *Stephens v. State Farm Fire and Cas. Co.*, 149 F. App'x. 908, 910 (11th Cir. 2005) (*citing Covington v. Indem. Ins. Co.*, 251 F.2d 930, 932–33 (5th Cir. 1958)). Defendant Experian Information Solutions, Inc. is, therefore, **DIRECTED** to amend its notice of removal within 14 days of this Order to comply with the requirements of § 1446(a), including the filing of the state court record.

**SO ORDERED**, this 2nd day of December, 2020.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA