UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CV420-273 |
| AMERIS BANK, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The Court directed defendant Experian Information Solutions, Inc. to amend its notice of removal to comply with the requirements of 28 U.S.C. § 1446(a). Doc. 24. Defendant has directed to Court's attention to the relevant documents in the case record. *See* doc. 4. Therefore, the Order is **VACATED AS MOOT**. Doc. 24.

**SO ORDERED**, this 3rd day of December, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA