IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERIS BANK; CHEX SYSTEMS, INC.;<br>TRANS UNION, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; and<br>EQUIFAX INFORMATION SOLUTIONS,<br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-273 |

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice of Trans Union LLC, which was filed on January 12, 2021, and is signed by counsel for all parties to the case. (Doc. 46.) In that filing, the parties stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiff against Defendant Trans Union, with each party to pay its own attorney's fees and costs. (Id.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** Defendant Trans Union **WITH PREJUDICE**, with each party to bear its fees and costs. See Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 255 (5th Cir. 1973) ("[R]eading the rules governing dismissal by notice and dismissal by motion together, we conclude that it was intended by the rule-makers to permit dismissal against such of the defendants as have

not served an answer or motion for summary judgment . . . .").[1]  The Court **DIRECTS** the Clerk of Court to update the docket accordingly

    **SO ORDERED**, this 25th day of January, 2021.

*[signature]*

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]  In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.