UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV420-273 |
| | ) |
| AMERIS BANK, CHEX SYSTEMS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SOLUTIONS, LLC, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff is subject to filing restrictions in this district. *See Oliver v. City of Pooler, et al.*, CV4:18-100, doc. 59 (S.D. Ga. Feb. 28, 2019); *Oliver v. Lyft, Inc.*, CV 419-063, doc. 115 (Oct. 21, 2019). The Court has previously suspended portions of those restrictions during his term of incarceration. Doc. 48 *adopting* doc. 23. As a condition of that adjustment, in cases removed from state court, plaintiff is required to affirmatively request the waiver of his required $1,000 contempt bond and submit an affidavit attesting to his indigency. Doc. 23 at 6–7. He has failed to comply with this requirement.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. See L.R. 41(b); see *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). As plaintiff has failed to comply with the applicable filing restrictions and the Court's Order adjusting those restrictions, the Court **RECOMMENDS** that this case be **DISMISSED**.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The

district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 15th day of March, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA