IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>AMERIS BANK, CHEX SYSTEMS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SOLUTIONS, LLC,<br><br>    Defendants-Appellees, | CIVIL ACTION NO.: 4:20-cv-273<br>USCA CASE NO.: 21-13005 |

**O R D E R**

The Judgment in the above-styled action having been affirmed in part, vacated in part, and remanded by the United States Court of Appeals for the Eleventh Circuit for further proceedings,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 3rd day of November, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA